Order entered November 9, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00462-CR

### LINH DIEM LE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82150-10**

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 5, 2012, we received appellant's brief, together with an extension motion. Therefore, we **VACATE** the October 23, 2012 order.

We **GRANT** the November 5, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE